UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE SANTOYO QUINTINO AS REPRESENTATIVE OF THE ESTATES OF ELVIRA SANTOYO QUINTINO, PXXXXXXX GXXXXX SXXXXXX, AXXXX GXXXXX SXXXXXX, VXXXXXXX GXXXXX SXXXXXX, DECEASED, MA SOLEDAD SANTOYO QUINTINO AND EUGENIO ZAVALA GARCIA AS NEXT FRIENDS OF SXXXXXXXX GXXXXX SXXXXXX, A MINOR, UBERTINO SANTOYO GUZMAN, INDIVIDUALLY, MARIA DOLORES QUINTINO LOPEZ, INDIVIDUALLY, CONSUELO GARCIA AND DARIO MARTINEZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF VALENTIN GUZMAN, DECEASED, AND ALEJANDRO GUZMAN, INDIVIDUALLY, | § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs | § § § | CIVIL ACTION NO. 3:15-cv-00224<br>Jury Demand |
| VS. | § § | |
| ACME TRUCK LINE, INC. | § § | |
| Defendant | § § | |

### NOTICE OF SETTLEMENT

Came before the Court JOSE SANTOYO QUINTINO AS REPRESENTATIVE OF THE ESTATES OF ELVIRA SANTOYO QUINTINO, PXXXXXXX GXXXXX SXXXXXX, AXXXX GXXXXX SXXXXXX, VXXXXXXX GXXXXX SXXXXXX, DECEASED; MA

SOLEDAD SANTOYO QUINTINO AND EUGENIO ZAVALA GARCIA, AS NEXT FRIENDS OF SXXXXXXXX GXXXXX SXXXXXX, A MINOR; UBERTINO SANTOYO GUZMAN, INDIVIDUALLY; MARIA DOLORES QUINTINO LOPEZ, INDIVIDUALLY; CONSUELO GARCIA AND DARIO MARTINEZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF VALENTIN GUZMAN, DECEASED; AND ALEJANDRO GUZMAN, INDIVIDUALLY, Plaintiffs, and ACME Truck Line, Inc., Defendant, and hereby provide notice to the Court that on April 13, 2016 the parties reached a settlement of all claims presently before this Honorable Court.

The parties are finalizing the settlement documents, which the parties anticipate will take no more than approximately 90 days to finalize. A dismissal will be filed with the Court once all settlement documents are signed and upon receipt of the settlement funds by Plaintiffs' counsel.

Respectfully submitted,

**ERSKINE & BLACKBURN, L.L.P.**

By: _____
BLAKE C. ERSKINE, JR.
State Bar No. 00786383
Email: berskine@Erskine-Blackburn.com

MARK B. BLACKBURN
State Bar No. 02388990
Email: mblackburn@Erskine-Blackburn.com

**ERSKINE & BLACKBURN, L.L.P.**
6618 Sitio del Rio Blvd., Bldg. C-101
Austin, Texas 78730
Telephone (512) 684-8900
Facsimile (512) 684-8920

AND

ALVINO GUAJARDO
State Bar No. 24045267
Email: abogadoalvino@gmail.com
**LAW OFFICES OF ALVINO GUAJARDO**
2304 Oak Lane, Ste. 100
Grand Prairie, Texas 75051
Telephone (469) 231-7471
Facsimile (972) 262-1299

AND

**THE AMMONS LAW FIRM, L.L.P.**

Robert E. Ammons
State Bar No. 01159820
Email: rob@ammonslaw.com

Bennett A. Midlo
State Bar No. 14025450
Email: bennett@ammonslaw.com

3700 Montrose Boulevard
Houston, TX 77006
Telephone: (713) 523-1606
Facsimile: (713) 523-4159

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE WITH RULE 21a

  I hereby certify compliance with Tex. R. Civ. P. 21a in that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, or by facsimile transmission, on the 19th day of April, 2016, to the following attorneys of record:

M. David Frock
Frock & Broussard
2015 Crocker Street
Houston, TX 77006

Wanda McKee Fowler, Partner
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056

_____
BLAKE C. ERSKINE, JR.