United States District Court
Southern District of Texas
**ENTERED**
April 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOSE SANTOYO QUINTINO, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> ACME TRUCK LINE, INC., § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:15-CV-224 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **May 30, 2016,** that the settlement could not be completely documented.

SIGNED at Galveston, Texas, this 19th day of April, 2016.

_____
George C. Hanks Jr.
United States District Judge