UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE SANTOYO QUINTINO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-224 |
| | § | |
| ACME TRUCK LINE, INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Court, having considered the Joint Motion for Entry of Final Judgment (Dkt. 37) of the parties requesting that a Final Judgment be entered because all claims and causes of action which were or could have been asserted by and between the parties have been resolved and that judgment should be entered that Plaintiffs take nothing against Defendant, ACME TRUCK LINE, INC., is of the opinion that said Motion is meritorious and should be **GRANTED**; therefore, it is

**ORDERED** that Plaintiffs, JOSE SANTOYO QUINTINO AS REPRESENTATIVE OF THE ESTATES OF ELVIRA SANTOYO QUINTINO, Pxxxxxxx Gxxxxx Sxxxxxx, Axxxx Gxxxxx Sxxxxxx and Vxxxxxxx Gxxxxx Sxxxxxx, DECEASED; MA SOLEDAD SANTOYO QUINTINO AND EUGENIO ZAVALA GARCIA, AS NEXT FRIENDS OF Sxxxxxxxx Gxxxxx Sxxxxxx, A MINOR; UBERTINO SANTOYO GUZMAN, INDIVIDUALLY; MARIA DELORES QUINTINO LOPEZ, INDIVIDUALLY; CONSUELO GARCIA AND DARIO MARTINEZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF

VALENTIN GUZMAN, DECEASED; AND ALEJANDRO GUZMAN, INDIVIDUALLY, take nothing from Defendant, ACME TRUCK LINE, INC.; and it is further

**ORDERED** that costs of Court shall be paid by the party incurring same. All relief not expressly granted herein is denied.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this Final Judgment to the parties.

SIGNED at Galveston, Texas, this 10th day of August, 2016.

_____
George C. Hanks Jr.
United States District Judge